

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**

**THE DATE OF ENTRY IS**

**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 9, 2013**

_____

**United States Bankruptcy Judge**

_____

MTDZ 0013.000750I

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

**IN RE:**
**JANET ELAINE MCGINNIS**

**CASE NO: 09-70427-HDH-13**
**DATED: September 6, 2013**
**HEARING DATE: May 15, 2013**

_____

### ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER

_____

Pursuant to the Interlocutory Order entered on MAY 17, 2013 providing that, if the above Debtor(s) does/do not BEGIN ADDITIONAL PAYMENTS OF $90.00 AND RESUME REGULAR PAYMENTS MAY 24, 2013, the case would be Dismissed without further notice to the Debtor(s).  Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

  /s/  Walter O'Cheskey
_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424